

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Andrell Dukes*, 22 Cr. 581 (LGS)

Dear Judge Schofield,

The Government writes to propose a schedule for discovery, the filing of motions, and an initial status conference in accordance with the Court's order dated October 31, 2022 (Dkt. 7). The parties have conferred regarding the Court's order and counsel for the defendant has informed the Government that the defense joins in this request that the Court set the following schedule:

- November 18, 2022:  Discovery to be substantially complete
- January 18, 2022:  Defense motions due
- January 25, 26, or 30, 2022:  *If no motions filed*: status conference
- February 1, 2022:  *If motions filed*: government's response due
- February 15, 2022:  *If motions filed*: defense reply due
- February 22, 23, or 28, 2022:  *If motions filed*: status conference

In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through February 28, 2022 to permit the parties to produce and review discovery, prepare and respond to any motions, and potentially engage in discussions regarding a pretrial resolution.  The Government submits that an exclusion of time here is in the interest of justice.

Counsel for the defendant has informed the Government that the defense does not oppose exclusion of time.

>Respectfully,
>
>DAMIAN WILLIAMS
>United States Attorney
>
>by: _____
>Lisa Daniels
>Assistant United States Attorney
>(212) 637-2955

cc: Defense Counsel (by ECF)

Application Granted in part. Rule 16 discovery shall be completed by **November 18, 2022**. Defendant's motion(s), if any, shall be filed by **January 18, 2023**. The Government's response, if any, shall be filed by **February 1, 2023**. Defendant's reply, if any, shall be filed by **February 8, 2023**. The parties shall appear for a status conference on F**ebruary 28, 2023, at 10:30 a.m**. The Court finds that the ends of justice served by excluding the time between today and February 28, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because the exclusion will permit the parties to produce and review discovery, prepare and respond to any motions, and potentially engage in discussions regarding a pretrial resolution. It is hereby ORDERED that the time between today and February 28, 2023, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 14.

Dated: November 7, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**