

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Andrell Dukes*, 22 Cr. 581 (LGS)

Dear Judge Schofield,

    The Government writes respectfully to request an adjournment of the conference scheduled for next Monday, April 24, 2023 at 11:00 a.m., in the above-referenced case. The parties are engaged in discussions regarding a potential pre-trial resolution in this case, and accordingly, request an adjournment of approximately 45 days to permit those conversations to continue. The Government requests also that time be excluded from the date of this letter through the date of the next scheduled conference for the reasons stated above. Counsel for the defendant has informed the Government that the defense does not oppose exclusion of time.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

Application Granted. The status conference scheduled for April 24, 2023, is adjourned to **June 5, 2023, at 10:30 a.m.** The Court finds that the ends of justice served by excluding the time between today and June 5, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and June 5, 2023, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 18.

Dated: April 20, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE