# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2023

*By e-mail and ECF*

Application Granted. The status conference scheduled for June 5, 2023, is adjourned to **July 10, 2023, at 10:30 a.m.**  The Court finds that the ends of justice served by excluding the time between today and July 10 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and July 10, 2023, is excluded. The Clerk of the Court is directed to terminate the motion at docket number 18.

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *United States v. Andrell Dukes*, 22 Cr. 581 (LGS)

Dated: June 2, 2023
New York, New York

Dear Judge Schofield:

I write on consent (Assistant U.S. Attorney Lisa Daniels) to respectfully request that the Court adjourn the conference currently scheduled June 5, 2023, at 10:30 for a period of around 30 days. The government has denied our deferred prosecution request, and the additional time will allow the parties to hopefully reach a disposition in this matter.

If the Court grants the adjournment, I respectfully request that time be excluded until the next conference date under the Speedy Trial Act for the reason described above.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc.    Lisa Daniels, Esq., by ECF and e-mail