**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 5, 2023

*By e-mail and ECF*

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Andrell Dukes*, 22 Cr. 581 (LGS)

Dear Judge Schofield:

      I write on consent (Assistant U.S. Attorney Lisa Daniels) to respectfully request that the Court adjourn the conference currently scheduled for July 10, 2023 at 10:30 a.m., for a period of around 45 days. The parties are actively engaged in discussing a potential disposition of this matter, and the adjournment will allow time to complete those discussions.

      If the Court grants the adjournment, I respectfully request that time be excluded under the Speedy Trial Act until the next conference date for the reason described above.

Application Granted in part.  The status conference currently scheduled for July 10, 2023, is adjourned to **July 31, 2023, at 11:00 a.m**.  The Court finds that the ends of justice served by excluding the time between today and July 31 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue.  It is hereby ORDERED that the time between today and July 31, 2023, is excluded. No further extensions will be granted absent extraordinary circumstances.  The Clerk of the Court is directed to terminate the motion at docket number 22.
Dated: July 6, 2023
New York, New York

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:   Lisa Daniels, Esq., by ECF and e-mail

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**