UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                            -against-

   ANDRELL DUKES,
                                 Defendant.
------------------------------------------------------------X

22 Cr. 581 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that Defendant Andrell Dukes' sentencing hearing will be held on **April 1, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **March 11, 2024**. The Government's pre-sentencing submission, if any, shall be filed by **March 14, 2024.**

     The jury trial and all pretrial deadlines are adjourned *sine die*.

Dated: December 11, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**