# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2024

*By e-mail and ECF*

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted.  Defendant's sentencing submission shall be filed on or before **March 15, 2024**.  The Government's sentencing submission shall be filed by **March 20, 2024**.  The Clerk of the Court is directed to terminate the letter motion st docket number 34.

Dated: March 12, 2024
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Andrell Dukes*, 22 Cr. 581 (LGS)

Dear Judge Schofield:

    I write on consent (Assistant U.S. Attorney Lisa Daniels) to respectfully request an extension to March 15, 2024 for the filing of our sentencing submission.

    On December 6, 2023, Andrell Dukes entered a guilty plea before Magistrate Judge Jennifer Willis. On December 11, 2023, the Court set filing deadlines for the parties' sentencing submissions – March 11, 2024 for defendant, and March 14, 2024 for the government. Sentencing was scheduled for April 1, 2024, at 11:00 a.m.

    I respectfully request that the Court extend the filing deadline for defendant's submission from today until March 15, 2024, and that it similarly extend the Government's submission (an extension of four business days, to match defendant's requested extension, would result in a filing deadline of March 20, 2024).

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc:   Lisa Daniels, Esq., by ECF and e-mail