UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                    22 Cr. 581 (LGS)
             -against-

                                                    <u>ORDER</u>
    ANDRELL DUKES,
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby ORDERED that the sentencing hearing currently scheduled for April 1, 2024, is adjourned to **April 2, 2024, at 2:00 p.m**.

Dated:  March 29, 2024
           New York, New York

                                                   LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE